**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Christopher Eric Gatley, | ) | Case No. 18-61100-can11 |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the *Notice and Order Setting Hearing* [Doc. No. 116], on Motion to Lift Automatic Stay by Creditor Mid-Missouri Bank, was served to parties not receiving electronic notice by United States Mail, First Class postage prepaid or email, this 22nd day of January, 2019, to:

Christopher Eric Gatley
5849 W. Hwy 60
Brookline, MO  65619
*Pro Se Debtor*

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA  23541

LOWTHER JOHNSON, LLC

By: /s/ Lee J. Viorel
Lee J. Viorel, #36886
901 St. Louis Street, 20th Floor
Springfield, MO  65806
Office: (417) 866-7777
Fax No: (417) 866-1752
lviorel@lowtherjohnson.com

*Attorneys for Creditor,
Mid-Missouri Bank*

21454-630/829009