### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| CHRISTOPHER ERIC GATLEY | ) | Bankruptcy No. 18-61100-c |
| | ) | Chapter 11 |
| Debtor. | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES**

COME NOW, SPRINGER AND HASELTINE, and enter their appearance for as attorneys of record for JTS Capital SB LLC, hereinafter referred to as "Creditor", a secured party and creditor in interest with respect to the above-styled case. Further, as attorneys for said creditor, Creditor hereby requests that copies of all notices required under the United States Bankruptcy Rules and the United States Bankruptcy Code be mailed to a party requesting notice be so mailed to the undersigned, pursuant to Rule 2002 (I) of the Bankruptcy Rules.

SPRINGER & HASELTINE

By: /s/ J. Mark Haseltine
J. Mark Haseltine
Missouri Bar No. 28703
P. O. Box 50643
Springfield, MO 65805
Phone (417) 862-0792
Fax    (417) 862-8322
Attorneys for Creditor
jmarkhaseltine@gmail.com